IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES MOULTRIE,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2886

Opinion filed July 22, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Charles Moultrie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.